IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEISHA ALLEN , <br><br> Plaintiff, <br><br> v. <br><br> AEROTEK, INC, <br><br> Defendant. | Case No. 1:19-cv-03485 <br><br> Judge Elaine E. Bucklo |

## DEFENDANT'S UNCONTESTED MOTION TO DISMISS
## AND COMPEL ARBITRATION

Defendant Aerotek, Inc. ("Aerotek" or the "Company"), by and through its attorneys, moves the Court pursuant to Rule 12 of the Federal Rules of Civil Procedure for an order dismissing with prejudice the Complaint filed by Plaintiff Keisha Allen ("Allen" or "Plaintiff") and compelling arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16. The basis for this motion is contained in Defendant's Memorandum of Law in Support of Its Uncontested Motion to Dismiss and Compel Arbitration.

**DATED: July 12, 2019**                              AEROTEK, INC


                                                      By:   /s/ Andrew Scroggins
                                                            One of Its Attorneys

Andrew L. Scroggins
ascroggins@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

_____/s/ Andrew Scroggins_____